UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ALLSTATE INSURANCE CO., *et al.*,

                Plaintiffs,

                - against -

SHMUEL BATUROV, *et al.*,

                Defendants.
------------------------------------------------------------ X

**ORDER**

21-cv-2967 (BMC)
(also to be filed in new actions directed by this Order)

**COGAN**, District Judge.

Pursuant to this Court's severance order of June 14, 2021 [11], and plaintiffs' response thereto of June 18, 2021 [12], the Court issues the following Order:

1. The Clerk is requested to (a) terminate all defendants in this action except Quality Med Equip Inc., Anzhelika Dzhurayeva, John Does 1 through 5, and ABC Corporations 1 through 5; (b) open separate index numbers for each of the group of plaintiffs and defendants listed as Groups 2 through 26 in the "Group A Schedule" annexed to plaintiffs' response (the "new cases") ; (c) file this Order as the initial filing in each of the new cases; and (d) have each new case randomly assigned to a District Judge and Magistrate Judge.

2. Within 20 days of the opening of the new cases, plaintiffs in this case and in each new case shall: (a) file a complaint (or, in the instant case, an amended complaint), limited to the plaintiffs and defendants named in each action; (2) pay the filing fee and request issuance of summonses in each action.

3. The commencement date of the new cases shall be deemed to be the commencement date of this action for all purposes except as to Federal Rule of Civil Procedure

4(m). As to that rule, the commencement date shall be deemed to be the date on which the Clerk opens the new actions.

**SO ORDERED.**

Digitally signed by Brian M. Cogan

_____
U.S.D.J.

Dated: Brooklyn, New York
June 22, 2021